B. CLYDE HUTCHINSON, State Bar No. 37526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVENA LAUDER and ALEXIS FENNELL, a minor, by and through her Guardian Ad Litem, JACQUELINE ALEXANDER,<br><br>            Plaintiff,<br><br>     v.<br><br>FIDEL MENDOZA PINON, PINON TRUCKING, BNSF RAILWAY COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 to 40,<br><br>            Defendants. | Case No. C 14-02106 RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between plaintiffs DAVENA LAUDER and ALEXIS FENNELL  and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

13249-43588 KAA 668477.1                                            STIPULATION AND ORDER OF DISMISSAL
                                                                                    CASE NO. C 14-02106 RS

1

2  DATED: September 21, 2015                MICHAEL H. SILVERS A LAW
3                                           CORPORATION

4

5                                           By    /s/ *Michael H. Silvers*
                                                  MICHAEL H. SILVERS
6                                                 Attorneys for Plaintiffs
                                                  DAVENA LAUDER and ALEXIS
7                                                         FENNELL

8

9  DATED: September 21, 2015                LOMBARDI, LOPER & CONANT, LLP

10

11                                          By:   /s/ *Kara A. Abelson*
                                                  B. CLYDE HUTCHINSON
12                                                KARA A. ABELSON
                                                  Attorneys for Defendants
13                                                NATIONAL RAILROAD PASSENGER
                                                  CORPORATION and BNSF RAILWAY
14                                                        COMPANY

15

16 DATED: September 21, 2015                POWERS & MILLER

17

18                                          By:   /s/ *Robert F. Bennett, Jr.*
                                                  ROBERT F. BENNETT, JR.
19                                                Attorneys for Defendant
                                                        FIDEL PINON
20

21

22
   IT IS SO ORDERED.
23

24
   Dated:  9/22/15          , 2015
25

26
                                            _____
27                                          HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-43588 KAA 668477.1                - 2 -        STIPULATION AND ORDER OF DISMISSAL
                                                     CASE NO. C 14-02106 RS